MAY L. TYLER, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 10722. Promulgated January 27, 1928.

*Elliott W. Smith, Esq.*, and *H. W. Wood, Esq.*, for the petitioner.
*R. A. Littleton, Esq.*, for the respondent.

OPINION.

MORRIS: We are satisfied from the expert testimony that the property in question had a value as of March 1, 1913, of $45,000, based upon sales of adjacent property at or about that time, and that the respondent erred in determining a value of $33,000.

*Judgment will be entered on 15 days' notice, under Rule 50.*